United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIEN KEITH OLIVAS,

Defendant.

Case No.: CR 05-00232-CW-2 (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On March 24, 2006, Defendant Adrien Keith Olivas was convicted of one violation of 18 U.S.C. § 371 (conspiracy). He was sentenced to five years of supervised release.

Defendant has three prior Forms 12, all of which resulted in additional time in custody. The Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: that he not commit another federal, state or local crime, and that he not possess any firearm, ammunition, destructive devices, or other dangerous weapons.

At the September 12, 2013 hearing before this Court, Defendant, who was in custody and represented by Roger Patton, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Christina McCall appeared on behalf of the United States. Probation officer Juan Ramirez was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: September 23, 2013

KANDIS A. WESTMORE
United States Magistrate Judge